**\*\* E-filed December 9, 2009 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MORRIS J. HOLDEN, JR., BABY L. JIMENEZ,<br><br>          Plaintiffs,<br>     v.<br><br>CITIMORTGAGE, INC.; FIVE STAR SERVICES CORPORAON; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THIS COMPLAINT ADVERSE TO PLAINTIFFS TITLE THERETO; AND DOES 1–30, INCLUSIVE,<br><br>          Defendants.<br>_____/ | No. C09-04796 HRL<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFFS' CONSENT OR DECLINATION** |

Pursuant to Civil Local Rule 73-1, all parties must file either a consent or declination to proceed before a United States magistrate judge. To date, plaintiffs have not yet consented or declined. Plaintiffs are directed to file either a consent or a declination **no later than December 18, 2009**. The consent and declination forms are available from the Clerk's Office and the court's website at www.cand.uscourts.gov. If plaintiffs fail to enter a consent or declination by this deadline, this case will be reassigned to a United States district judge.

**IT IS SO ORDERED.**

Dated: December 9, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-04796 Notice will be electronically mailed to:**

Kelly Andrew Beall          kbeall@wolfewyman.com, rsnichols@wolfewyman.com

Phyllis N. Voisenat-Rafter    pvoisenat@gmail.com

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**