IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Morris J. Holden, et al., | NO. C 09-04796 JW |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| Citimortgage, Inc., et al., | |
| Defendants. | |

Pursuant to the Court's October 29, 2010 Order Granting Defendants Citimortgage, Inc. and Five Star Service Corporation's Motion to Dismiss, judgment is entered in favor of Defendants Citimortgage, Inc. and Five Star Service Corporation, against Plaintiffs Morris J. Holder, Jr. and Baby L. Jimenez as to their Second Cause of Action for Violations of 11 U.S.C. § 362.

The Court declines supplemental jurisdiction over Plaintiffs' remaining state law claims. Accordingly, the Court dismisses all remaining state claims without prejudice to Plaintiffs to refile in state court.

The Clerk shall close this file.

Dated: October 29, 2010

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Emily L Murray emurrary@allenmatkins.com
   Emily L. Kennedy ekennedy@allenmatkins.com
3  Michael Cougar michaelcougar@msn.com
   Michael Dennis Ryan mryan@allenmatkins.com
4

5
   **Dated:  October 29, 2010**                              **Richard W. Wieking, Clerk**
6

7                                                            **By:      /s/ JW Chambers            **
                                                                    **Elizabeth Garcia**
8                                                                   **Courtroom Deputy**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28